No. 15-25-00162-CV

ACCEPTED
15-25-00162-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
1/2/2026 12:20 PM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
1/2/2026 12:20:37 PM
CHRISTOPHER A. PRINE
Clerk

| | | |
|---|---|---|
| **CARLOS EDUARDO BUCHANAN II,** | § | IN THE FIFTEENTH |
| | § | |
| Appellant, | § | |
| | § | |
| V. | § | COURT OF APPEALS |
| | § | |
| THE STATE OF TEXAS, | § | |
| | § | |
| Appellee. | § | AUSTIN, TEXAS |

---

## APPELLANT'S UNOPPOSED SECOND MOTION TO EXTEND TIME

---

Appellant **Carlos Eduardo Buchanan II** asks the Court to extend the time to file his brief.

## A. Introduction

1. Appellant is **Carlos Eduardo Buchanan II,** and Appellee is **The State of Texas.**

2. There is no specific deadline to file this motion to extend time. *See* Tex. R. App. P. 38.6(d).

3. Counsel for Appellant is unopposed to this motion.

## B. Argument & Authority

4. The Court has authority under Texas Rule of Appellate Procedure 38.6(d) to extend the time to file a brief.

5. Appellant's brief is due January 7, 2026.

6. Appellant requests an additional 30 days to file his brief, extending the time until February 6, 2026.

7. A prior 30-day extension was granted to extend the time to file Appellant's brief.

8. Appellant needs additional time to file his brief because of conflicting deadlines and an imminent trial setting.

## C. Prayer

9. For these reasons, Appellant asks the Court to extend the time to file his brief until February 6, 2026.

Respectfully submitted,

**NICHAMOFF LAW, P.C.**

*/s/ Seth A. Nichamoff*

_____

Seth A. Nichamoff
Attorney-in-Charge
State Bar No. 24027568
2444 Times Boulevard, Suite 270
Houston, Texas 77005
(713) 503-6706 Telephone
(713) 360-7497 Facsimile
seth@nichamofflaw.com

**ATTORNEYS FOR APPELLANT**

## CERTIFICATE OF SERVICE

I certify that on Friday, January 2, 2026, I served a copy of the foregoing pleading on the parties listed below by electronic service and that the electronic transmission was reported as complete. My e-mail address is seth@nichamofflaw.com.

Jacob Beach
Assistant Solicitor General
Office of the Texas Attorney General
Jacob.Beach@oag.texas.gov

Daniel Ortner
Assistant Solicitor General
Office of the Texas Attorney General
Daniel.ortner@oag.texas.gov

*Attorney for Appellee*

*Attorney for Appellee*

*/s/ Seth A. Nichamoff*

_____
Seth A. Nichamoff

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Seth Nichamoff
Bar No. 24027568
seth@nichamofflaw.com
Envelope ID: 109604077
Filing Code Description: Motion
Filing Description: Appellant's Unopposed Second Motion to Extend Time
Status as of 1/2/2026 12:36 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Seth Nichamoff | | seth@nichamofflaw.com | 1/2/2026 12:20:37 PM | SENT |
| Adam Abrams | 24053064 | Adam.Abrams@oag.texas.gov | 1/2/2026 12:20:37 PM | SENT |
| Jacob Beach | 24116083 | jacobcbeach@gmail.com | 1/2/2026 12:20:37 PM | SENT |
| Nancy Villarreal | | nancy.villarreal@oag.texas.gov | 1/2/2026 12:20:37 PM | SENT |
| Victor Hernandez | | victor.hernandez@oag.texas.gov | 1/2/2026 12:20:37 PM | SENT |
| Jacob Beach | | Jacob.Beach@oag.texas.gov | 1/2/2026 12:20:37 PM | SENT |